# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:19-CV-01496-ORL-40GJK

Plaintiff:
**MAYRA CONCEPCION, on behalf of herself and on behalf of all others similarly situated**

vs.



MSI2019008773

Defendants:
**VIA AIRLINES, INC., and PAYCHEX PEO II, LLC**

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 North Florida Ave.
Suite 300
Tampa, FL 33602

Received by MercuryServe, Inc. on the 4th day of September, 2019 at 12:47 pm to be served on **Paychex PEO II, LLC c/o Registered Agent: CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **4th day of September, 2019 at 1:20 pm, I:**

SERVED the within name Limited Liability Company by delivering a true copy of the Summons and Complaint And Demand For Jury Trial, Related Case Order, Interested Persons Order for Civil Cases, Plaintiff's Notice of Pendency of Other Actions, and Order of Reference with the date and hour of service endorsed thereon by me to:Monica Myrick as employee of the Registered Agent (Company) for Paychex PEO II, LLC at 1200 South Pine Island Road, Plantation, FL 33324 during regular business hours and informed said person of the contents therein- in accordance with Fl. Statute 48.062 (1)

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 5th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

Eric Deal
SPS 336

MercuryServe, Inc.
412 E. Madison Street
Suite 815
Tampa, FL 33602
(813) 223-5400

Our Job Serial Number: MSI-2019008773

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c