UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAYRA CONCEPCION,**

       **Plaintiff,**

**v.**                                **Case No: 6:19-cv-1496-Orl-40GJK**

**VIA AIRLINES, INC. and PAYCHEX**
**PEO II, LLC,**

       **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **PAYCHEX PEO II, LLC** in Orlando, Florida on the 27th day of September, 2019.

ELIZABETH M. WARREN, CLERK

s/M.P., Deputy Clerk

Copies furnished to:

Counsel of Record