**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MAYRA CONCEPCION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:19-cv-1496-Orl-40GJK |
| | ) |
| VIA AIRLINES, INC. and PAYCHEX PEO II, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Amanda A. Simpson of the law firm of Jackson Lewis P.C. hereby files this, her Notice of Appearance as co-counsel for the Defendant, PAYCHEX PEO II, LLC, in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon her and lead counsel at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 4th day of October, 2019.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:    (407) 246-8441


By:   */s/ Amanda A. Simpson*
Stephanie L. Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Attorneys for Defendant PAYCHEX PEO II, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Brandon J. Hill, Esquire, Wenzel Fenton Cabassa, P.A., 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602.

*/s/ Amanda A. Simpson*
Amanda A. Simpson

4818-0848-4265, v. 1