# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MAYRA CONCEPCION, on behalf of herself and on behalf of all others similarly situated,**

        **Plaintiff,**

**vs.**

**VIA AIRLINES, INC., and**
**IRIT VIZER, individually,**

        **Defendants.**

_____/

**CASE NO.: 6:19-cv-01496-PGB-GJK**

## SUGGESTION OF BANKRUPTCY PROCEEDING

**VIA AIRLINES, INC.** ("Defendant"), by and through its undersigned attorneys, suggests to this Court and all parties that this action is stayed, as it pertains to Defendant, pursuant to 11 U.S.C. § 362, by virtue of the pendency of proceedings styled, ***In re: Via Airlines, Inc.,*** Case No. 6:19-bk-06589, which was filed on the 8th day of October 2019, in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 15th day of October 2019 electronically and/or by U.S. First Class Mail, postage prepaid, to:

2

Brandon J. Hill, Esq.
WENZEL FENTON CABASSA, P.A.
1110 North Florida Ave., Suite 300
Tampa, FL 33602
bhill@wfclaw.com
jcornell@wfclaw.com
rcooke@wfclaw.com

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
bknotice1@lathamluna.com
**Latham, Luna, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
(P.O. Box 3353 – 32802)
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for Via Airlines, Inc.*